**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| STATE FARM MUTUAL<br>AUTOMOBILE INSURANCE CO., | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-99-2822 |
| RALPHAELL V. WILKINS and<br>RITA L. FRILLARTE, | § § § | |
| Defendants, | § § | |
| v. | § § | |
| JOSEPH F. NISTICO, JR.,<br>M. MICAH KESSLER,<br>NISTICO & CROUCH, P.C., and<br>EDGAR A. GOLDBERG, | § § § § § | |
| Third-Party Defendants. | § | |

**ORDER ON MOTION FOR PROTECTIVE ORDER**

Rita Frillarte has objected to, and sought protection from, producing two sets of documents. As requested, this court has reviewed them *in camera*. As to the first set, consisting of documents submitted by Jose Pagayon to mortgage lenders in connection with his financing of the home at 10500 Lazy Oaks, Houston, the objection is granted in part and denied in part. The documents are to be redacted to remove personal information relating

to Jose Pagayon and Rhodora Pagayon, including immigration documents, social security numbers, credit, insurance, and employment information. The redacted documents are to be produced.

As to the second set, consisting of a draft loan agreement between Frillarte and Martin Sirotta, the objection that it is a draft is unpersuasive as a basis for withholding the documents from production. The objection is overruled.

SIGNED on February 17, 2006, at Houston, Texas.

                                                                                                   _____

                                                                       Lee H. Rosenthal
                                                  United States District Judge